# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Bryan Tillis,

    Defendant.

Case No. 2:09-cr-00263-KJM

MJ19-259

**DETENTION ORDER**

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1) Defendant has been charged by petition for warrant or summons for offender under supervision. Defendant has prior criminal convictions for felony offenses. The Court received information about the defendant's personal history from the United States Marshals personal history sheet, the presentence report the for the Eastern District of California and a criminal records check. The defendant through his attorney offered limited information on the

DETENTION ORDER - 1

defendant's personal history, residence, family or community ties. The defendant through his attorney made argument for release.

It is therefore **ORDERED**:

(1) Defendant shall be detained and committed to the custody of the Attorney General;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Officer.

DATED this 13th day of June, 2019.

PAULA L. MCCANDLIS
United States Magistrate Judge